IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

MICHAEL RAY BLACKWELL,

    Defendant.

No. C 02-00158

**ORDER RE BLACKWELL LETTER**

    As the general duty judge, I have received a packet, evidently from Michael Ray Blackwell, purporting to give notice that he no longer exists and that fraud has been perpetrated against him (Dkt. Nos. 179–180). Possibly this is a stratagem to avoid paying taxes or other debts, but in any event it is incomprehensible and will be ignored.

**IT IS SO ORDERED.**

Dated: August 1, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE